# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**ERIC POTTER,**
      Plaintiff,

v.

**JAMES GLOVER, Supt of Northern State Prison, et al**
      Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Civil No. 09-4304 WJM

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

    ☒ The Clerk is directed to file the complaint, and

    ☒ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____

_____

☐ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this _11th_ day of _January_, 2010.

_____
Signature of Judicial Officer

**WILLIAM J. MARTINI, U.S.D.J.**