```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEW JERSEY
```

------------------------------X
ERIC POTTER,

    Plaintiff,                    2:09-CV-4304WJM

v.

                                    ORDER OF DISMISSAL

JAMES GLOVER, et al

    Defendants.
------------------------------X

The parties having notified the Court that this matter is settled;

It is on this 16th day of June, 2016

ORDERED that this matter is hereby dismissed.


                                    s/William J. Martini

                                  _____

                                  WILLIAM J. MARTINI, U.S.D.J.